IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STATE OF FLORIDA -
DEPARTMENT OF
CORRECTIONS -
ZEPHYRHILLS CI and
DIVISION OF RISK
MANAGEMENT,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0509

     Appellants,

v.

WILLIAM RAINEY,

     Appellee.

_____/

Opinion filed August 11, 2016.

An appeal from an order of the Judge of Compensation Claims.
Stephen L. Rosen, Judge.

Date of Accident: January 31, 2015.

Terry P. Roberts of the Law Office of Terry P. Roberts, Tallahassee, and Curt L. Harbsmeier of the Harbsmeier Law Group, LLC., Lakeland, for Appellants.

Kimberly A. Hill of Kimberly A. Hill, P.L., Fort Lauderdale, for Appellee.


PER CURIAM.

     AFFIRMED.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.